FILED
SUPERIOR COURT
OF GUAM

2022 AUG 17 PM 4:30

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM, | Criminal Case No. CF0005-21<br>GPD Report No. 20-21330 |
| v. | |
| MAIRON AIKEN,<br>DOB: 05/04/1990 | **DECISION AND ORDER<br>GRANTING THE PEOPLE'S MOTION<br>TO SEAL DEFENDANT'S SENTENCING<br>MEMORANDUM** |
| Defendant. | |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on August 11, 2022 for hearing on the People of Guam's ("the People's") Motion to Seal Defendant's Sentencing Memorandum ("Motion"). Assistant Attorney General Dannis Le represents the People, and Assistant Public Defender Jocelyn Roden represents Mairon Aiken ("Defendant"). Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **GRANTS** the People's Motion.

## BACKGROUND

On April 27, 2022, Defendant pled guilty to charges of Second Degree Criminal Sexual Conduct (as a 1st Degree Felony) and Third Degree Criminal Sexual Conduct (as a 2nd Degree Felony). See Minute Entry (Apr. 27, 2022). Defendant admitted to sexually penetrating and touching the primary genital area of J.A. (DOB: 05/21/2006) ("Victim") when Victim was between the ages of 14 and 16 years old. See Plea Agreement (Apr. 12, 2022). Sentencing is set for October 12, 2022, with the Parties free to argue for a range of incarceration between 5 and 15 years. Id.

Decision and Order Granting the People's Motion to Seal Defendant's Sentencing Memorandum
CF0005-21, *People of Guam v. Mairon Aiken*
Page 1 of 2

The Parties each submitted Sentencing Memorandums arguing what they believe the appropriate incarceration period should be. See People's Sentencing Memorandum (Jul. 5, 2022); Defendant's Sentencing Memorandum (Jul. 7, 2022). The Defendant's Sentencing Memorandum explicitly lists the Victim's full name, names of the Victim's family members, and the Victim's relationship with Defendant. See Defendant's Sentencing Memorandum (Jul. 7, 2022).

On July 12, 2022, the People filed their Motion to Seal Defendant's Sentencing Memorandum. The People requested Defendant's Sentencing Memorandum be sealed to prevent public disclosure of the Victim's name/identity. See Motion at 1 (Jul. 12, 2022).

The Court held a hearing on August 11, 2022. After hearing the arguments of the parties, the Court took the matter under advisement.

## DISCUSSION

Child victims of sexual assault, who are under the age of 18, have a right not to have their name, address, location, or photographs disclosed to the public or press at any court proceeding involved in the prosecution of the sexual assault. See *Koenig v. City of Des Moines*, 123 Wash.App. 285, 293-294 (2004). The relationship between the child and the alleged perpetrator is also kept sealed if the child victim is a relative or stepchild of the alleged perpetrator. Id. at 294.

Defendant's Sentencing Memorandum explicitly lists the Victim's full name, as well as other identifying information such as the Victim's mother's name and the Victim's relationship with Defendant. Sealing the Defendant's Sentencing Memorandum is therefore necessary to protect the Victim's privacy.

## CONCLUSION

For the reasons stated above, the Court **GRANTS** the People's Motion. Defendant's Sentencing Memorandum is to be sealed to protect the Victim's privacy.

IT IS SO ORDERED this ___August 17, 2022___



**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Granting the People's Motion to Seal Defendant's Sentencing Memorandum
CF0005-21, *People of Guam v. Mairon Aiken*
Page 2 of 2